IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIDEOLABS, INC. and<br>VL COLLECTIVE IP LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC.,<br>INSTAGRAM, INC., WHATSAPP LLC and<br>FACEBOOK TECHNOLOGIES, LLC,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 22-680 (JHS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION TO DISMISS**

WHEREAS, Plaintiffs VideoLabs, Inc. and VL Collective IP LLC (collectively "VideoLabs") and Defendants Meta Platforms, Inc., Instagram, Inc., WhatsApp LLC, and Facebook Technologies, LLC (collectively "Meta") have resolved VideoLabs' claims for relief against Meta and Meta's claims for relief against VideoLabs asserted in this case.

NOW, THEREFORE, VideoLabs and Meta, through their attorneys of record, request this Court to dismiss VideoLabs' claims for relief against Meta with prejudice and Meta's claims, defenses, and/or counterclaims for relief against VideoLabs without prejudice, and with all attorneys' fees, costs of court, and expenses borne by the party incurring the same.

| | |
|---|---|
| Dated: October 2, 2025 | Respectfully submitted, |
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Brian E. Farnan* | */s/ Cameron P. Clark* |
| Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for Plaintiffs VideoLabs, Inc. and VL Collective IP LLC* | Karen Jacobs (#2881)<br>Cameron P. Clark (#6647)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>kjacobs@morrisnichols.com<br>cclark@morrisnichols.com<br><br>*Attorneys for Defendants Meta Platforms, Inc., Instagram, Inc., WhatsApp LLC and Facebook Technologies, LLC* |