IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIDEOLABS, INC. and VL COLLECTIVE IP LLC,<br><br>                Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC., ET AL.<br><br>                Defendants. | CIVIL ACTION<br>NO. 22-680 |

## ORDER

**AND NOW**, this 3rd day of October 2025, upon receipt of the Joint Motion to Dismiss the claims for relief asserted by VideoLabs, Inc. and VL Collective IP LLC (collectively, "VideoLabs") against Defendants Meta Platforms, Inc., Instagram, Inc., WhatsApp LLC, and Facebook Technologies, LLC (collectively, "Meta"), and the claims for relief asserted by Meta against VideoLabs (Doc. No. 106), it is **ORDERED** that the Joint Motion to Dismiss (Doc. No. 106) is **GRANTED**. It is **FURTHER ORDERED** as follows:

1. VideoLab's claims for relief against Meta are **DISMISSSED WITH PREJUDICE** and Meta's claims for relief against VideoLabs are **DISMISSED WITHOUT PREJUDICE**.

2. All attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

3. The Clerk of Court shall close the case for statistical purposes.

                                              BY THE COURT:

                                              /s/ Joel H. Slomsky, J.
                                              _____
                                              JOEL H. SLOMSKY, J.